# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: William JR Embrey | **ORDER** |
| | Case No. 1:17-mc-003 |

The court shall waive Petitioner William JR Embrey's filing fee in the above-entitled matter.

**IT IS SO ORDERED.**

Dated this 16th day of May, 2017.

>*/s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court